```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
STARR INDEMNITY & LIABILITY COMPANY,                             :
                                                                 :
                        Plaintiff,                               :
                                                                 :         23 Civ. 5322 (JPC)
              -v-                                                :
                                                                 :              ORDER
BERKLEY DESIGN PROFESSIONAL                                      :
UNDERWRITERS et al.,                                             :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 27, 2023 the Court scheduled the Initial Pretrial Conference in this case for July 31, 2023, at 10:00 a.m. and required the parties to file a joint letter seven days prior to that conference containing certain specified information. Dkt. 5. The parties failed to file that letter. Therefore, the parties shall file the joint letter described in the Court's prior Order by July 26, 2023.

SO ORDERED.

Dated: July 25, 2023
      New York, New York

_____
JOHN P. CRONAN
United States District Judge